COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-105-CR

 

DONALD LEE HOLLAND                                                        APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

             FROM THE 89TH  DISTRICT COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered appellant=s  AAmended Motion To Dismiss
Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure. Tex. R.
App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal. See  Tex. R. App. P. 42.2(a), 43.2(f).                                                                                                                PER
CURIAM

 

PANEL
D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:
July 20, 2006                                                    











[1]See Tex. R. App. P. 47.4.